**SO ORDERED.**

**SIGNED this 23 day of April, 2014.**



_____
**James P. Smith
United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Blake Ryan Longenecker; | ) | CASE NO. 14-30120-JPS |
| Leah Nicole Longenecker, | ) | |
| AKA Leah N Owen, | ) | |
| | ) | |
| DEBTORS. | ) | |
| Blake Ryan Longenecker; | ) | |
| Leah Nicole Longenecker, | ) | |
| AKA Leah N Owen, | ) | |
| | ) | |
| MOVANTS, | ) | **CONTESTED MATTER** |
| | ) | |
| v. | ) | |
| | ) | |
| American Express Centurion Bank (Inc.), | ) | |
| | ) | |
| RESPONDENT. | ) | |

**ORDER**

The Motion of the Debtor(s) seeking avoidance of the judicial lien held by the Respondent in the above-styled matter having been served on the respondent and no objection having been filed with the Court:

IT IS HEREBY ORDERED that the Motion to Avoid Lien of the Debtor(s) is hereby **granted**. The Court avoids the fixing of the judicial lien on the real and personal property of the Debtor(s) upon the entry of the discharge in this case.

Prepared by:
/s/ Hooman Khoshnood
Hooman Khoshnood
GA Bar No. 416968
Attorney for the Debtor
501 Pulliam Street, SW
Suite 130
Atlanta, GA 30312
(678) 507-1590
(770) 234-4214 Fax

**END OF DOCUMENT**

DISTRIBUTION LIST:

American Express Centurion Bank (Inc.)
4315 South 2700 West
Salt Lake City, UT 84184-2145
Attn: Andrea J. Moss, CEO

Blake Ryan Longenecker
Leah Nicole Longenecker
410 Old Highway 81
Oxford, GA 30054

American Express Centurion Bank (Inc.)
Attn: Registered Agent, CT Corporation System
1201 Peachtree St., N.E.
Atlanta, GA 30361

William Flatau - Chapter 7 Trustee
Katz, Flatau, Popson and Boyer, LLP
355 Cotton Avenue
Macon, GA 31201